| U.S. Department of Justice | CR 05-316-10-ESH | Rule 20 - Transfer Notice |
|---|---|---|
| To: Paul Laymon<br>Department of Justice<br>Trial Attorney | District: District of Colombia | Date: **April 11, 2007** |
| Name of Subject:<br><br>VICTOR SERNA RAYO | Statutes Violated<br><br>21USC § 963 & 846 | File Data *(Initials and Number)*<br><br>06-Cr-20139-DMM |

FILED

APR 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Part A - District of Arrest**

The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment executed by defendant. Kindly file a criminal information and forward two certified copies thereof.

☐ Enclosed is a Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.
(Docket no. __05-316(ESH__ )

☐ Other *(specify)*:

| Signature<br>/s/ Paul Laymon<br>**Department of Justice**<br>**Trial Attorney** | District<br><br>**District of Columbia,**<br>**Washington, DC** | Date<br><br>April 11, 2007 |
|---|---|---|

**Part B - District of Offense**

☐ I consent to a Rule 20 disposition. Enclosed are two certified copies of indictment or information.

☐ I do not consent to a Rule 20 disposition. Defendant's appearance is desired at _____

X *Other (specify):* **Kindly execute the consent to transfer and return to the SD of Florida.**

| From:<br><br>Andrea Hoffman, Assistant U.S. Attorney<br>(305) 961-9136<br>Diane DeRosa, Paralegal Specialist<br>(305) 961-9132 | Address:<br><br>99 N.E. 4th Street<br>Suite 200<br>Miami, Florida 33132 |
|---|---|