UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 05-316 (ESH) |
| ) | |
| **PABLO RAYO-MONTANO, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as co-counsel for the United States of America in the above-captioned matter.

                            /s/ *Donnell W. Turner*
By:    _____
       Trial Attorney
       Narcotic and Dangerous Drug Section
       U.S. Department of Justice
       1400 New York Ave., N.W., 8th Fl.
       Washington, D.C.  20005
       (202) 307-5977
       Donnell.Turner@usdoj.gov

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the above was served upon counsel for the Defendants via the CM/ECF system this 1st day of March, 2008.

            /s/ *Donnell W. Turner*

            _____

            Donnell W. Turner